Argued and submitted January 21, affirmed February 10, petition for review denied May 25, 1999 (328 Or 594)

JOHN T. DAVIS,
*Appellant,*

*v.*

Nicholas ARMENAKIS,
Superintendent,
Oregon State Correctional Institution,
*Respondent.*

(97C-12695; CA A100701)

974 P2d 267

Steven H. Gorham argued the cause and filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and John T. Bagg, Assistant Attorney General, filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Affirmed. *Pham v. Thompson*, 156 Or App 440, 965 P2d 482 (1998).